THELMA N. GOLDING et al., Respondents, v. DUTCHESS GLASS COMPANY, INC., et al., Appellants.—

In our opinion, the verdicts were grossly excessive. A finding that the wife's serious back ailment or her depression or alcoholism was due to the accident of March 13, 1956 is against the weight of the evidence. The reduced verdict is ample compensation for the claimed neck injury and back strain suffered as a result of the accident, and for the medical expenses and loss of services attributable to such injury and strain. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.